# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1712

———————————————

P.M., Mother of G.W., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

January 14, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and TANENBAUM and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

P.M., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.